IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
VERIZON CALIFORNIA, INC.,                    No. C 03-3441 CW

          Plaintiff,

     v.                                      ORDER

MICHAEL R. PEEVEY, et al.,

          Defendants.
                                        /
PAC-WEST TELECOMM, INC,

          Counterclaimant,

     v.

VERIZON CALIFORNIA, INC.,

          Counterdefendant.
                                        /
```

    The Court ordered the parties to file briefs addressing whether more briefing in this case is necessary or whether the Court should remand this case, and the remaining paging calls issue, to the California Public Utilities Commission. The parties have filed their briefs.

1   Defendants Michael R. Peevey, Loretta M. Lynch, Carl W. Woods, Goeffrey F. Brown and Susan P. Kennedy, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, respond that further briefing before this Court is not necessary and that the Court should remand the paging calls issue to the Commission.

   Plaintiff Verizon California, Inc. and Counterclaimant Pac-West Telecomm, Inc. jointly respond that they are actively engaged in settlement discussions.  They request that the Court afford them additional time to continue working on a resolution to the paging calls issue before stating any final position on whether further briefing is necessary.  Specifically, they ask for approximately forty-five additional days.

   The Court grants this request.  If Verizon and Pac-West are unable to resolve the paging calls issue within that time, Verizon is ordered to file a brief on December 1, 2006 addressing whether additional briefing before this Court is necessary or whether the case, and the paging calls issue, should be remanded to the Commission.  Pac-West's brief on the same issue is due on December 8, 2006.  The Court will then review parties' papers and issue an order.

   IT IS SO ORDERED.

Dated:  11/3/06

CLAUDIA WILKEN
United States District Judge

2