IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL R. PEEVEY, et al.,<br><br>            Defendants.<br>_____/<br>PAC-WEST TELECOMM, INC.,<br><br>            Counterclaimant,<br><br>     v.<br><br>VERIZON CALIFORNIA, INC.,<br><br>            Counterdefendant.<br>_____/ | No. C 03-3441 CW<br><br>ORDER REMANDING CASE TO CALIFORNIA PUBLIC UTILITIES COMMISSION |

   Plaintiff Verizon California, Inc. and Counterclaimant Pac-West Telecomm, Inc. appealed this Court's decision that the Commissioners of the California Public Utilities Commission's decision was not arbitrary or capricious.  See June 17, 2004 Order Resolving Cross-Motions for Summary Judgment.  The Ninth Circuit affirmed all the Court's rulings, except for the Court's ruling on calls to paging customers.  Verizon California, Inc. v. Peevey, 462

1  F.3d 1142 (9th Cir. 2006).  As to that issue, the Ninth Circuit
2  reversed and remanded.
3      Pursuant to this Court's September 14, 2006 order, the parties
4  submitted briefing on whether any further proceedings in this Court
5  are necessary or whether the Court should remand this case, and the
6  issue regarding calls to paging customers, to the Commission.
7  Defendants Michael R. Peevey, Loretta M. Lynch, Carl W. Woods,
8  Geoffrey F. Brown and Susan P. Kennedy, in their official
9  capacities as Commissioners of the Public Utilities Commission of
10 the State of California, respond that, in light of the Ninth
11 Circuit's opinion, additional briefing before this Court is not
12 necessary; they request that the Court remand this case, and the
13 issue regarding calls to paging customers, to the Commission.
14 Verizon and Pac-West agree that this case and that issue should be
15 remanded to the Commission.
16     Having reviewed the parties' papers and underlying decisions,
17 the Court agrees that further proceedings in this Court are not
18 necessary.  Therefore, the Court remands this case to the
19 Commission.  Judgement shall enter accordingly.
20     IT IS SO ORDERED.
21
22 Dated: 12/19/06

   CLAUDIA WILKEN
   United States District Judge

2